# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WPM CONSTRUCTION, LLC, an Indiana Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | |
| ) | No. 1:13-cv-02926 |
| v. ) ) | Hon. Sara L. Ellis |
| PERKINS + WILL, INC., a Delaware corporation ) f/k/a PERKINS & WILL, INC.; ) BRININSTOOL+LYNCH, LTD., an Illinois ) corporation f/k/a B+L MANAGEMENT ) SERVICES, LTD.; II IN ONE ) CONTRACTORS/II IN ONE REBAR JOINT ) VENTURE, an Illinois joint venture; II IN ONE ) CONTRACTORS, INC., an Illinois corporation; II ) IN ONE REBAR, INC., an Illinois corporation, ) ) | Magistrate Judge: Hon. Mary M. Rowland |
| Defendants. ) ) | |
| PERKINS+WILL, INC., ) ) | |
| Third Party Plaintiff, ) ) | |
| v. ) ) | |
| C.E. ANDERSON & ASSOCIATES, P.C., ) ) | |
| Third Party Defendant. ) ) | |

### STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

The parties report to the Court that they have settled and resolved this case. By counsel's signature below, each party stipulates to dismissal of this action with prejudice, including all complaints, counterclaims and third party complaints and with each party to bear its own attorneys' fees and costs.

Page 1 of 2

C\241135.2

AGREED AND STIPULATED:

| | |
|---|---|
| By: *(signed)* | By: _____ |
| Anne L. Blume<br>Meckler Bulger Tilson Marick & Pearson, LLP<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>(312) 474-7900<br>(312) 474-7898 (Fax)<br>anne.blume@mbtlaw.com<br>*Attorneys for Brininstool + Lynch, Ltd. f/k/a B+L Management Services, Ltd.* | Michael J. Meyer<br>Shomshon Moskowitz<br>Tribler Orpett & Meyer, P.C.<br>225 W. Washington St., Suite 1300<br>Chicago, IL 60606<br>(312) 201-6400<br>(312) 201-6401 (Fax)<br>mjmeyer@tribler.com<br>smoskowitz@tribler.com<br>*Attorneys for II In One Contractors/II In One Rebar Joint Venture; II In One Contractors, Inc.; and II In One Rebar, Inc.* |
| By: _____<br>Jennifer A. Nielsen<br>Lyman & Nielsen, LLC<br>1301 W. 22nd Street, Suite 914<br>Oak Brook, IL 60523<br>(630) 575-0020<br>(630) 575-0999 (Fax)<br>jnielsen@lymannielsen.com<br>*Perkins + Will, Inc. f/k/a Perkins & Will, Inc.* | By: _____<br>Laurie Randolph<br>Hinshaw & Culbertson<br>222 N. LaSalle Street, Suite 557<br>Chicago, IL 60601<br>(312) 704-3212<br>(312) 704-3001 (Fax)<br>lrandolph@hinshawlaw.com<br>*Attorneys for C.E. Anderson, P.C.* |
| By: _____<br>Paul Brocksmith<br>Brocksmith & Brocksmith<br>40 Skokie Boulevard, Suite 400<br>Northbrook, Illinois 60062<br>Phone: (847) 559-1752<br>Fax: (847) 559-9197<br>paul@brocklaw.com<br>*Attorneys for Ambassador Steel Corporation* | By: *(signed)*<br>Eric L. Singer<br>Ice Miller LLP<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532<br>(630) 955-0555<br>(630) 955-0662 (Fax)<br>eric.singer@icemiller.com<br>*Attorneys for WPM Construction, LLC* |

AGREED AND STIPULATED:

| | |
|---|---|
| By: _____ | By: _____ |
| Anne L. Blume<br>Meckler Bulger Tilson Marick &<br>Pearson, LLP<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>(312) 474-7900<br>(312) 474-7898 (Fax)<br>anne.blume@mbtlaw.com<br>*Attorneys for Brininstool + Lynch, Ltd.*<br>*f/k/a B+L Management Services, Ltd.* | Michael J. Meyer<br>Shomshon Moskowitz<br>Tribler Orpett & Meyer, P.C.<br>225 W. Washington St., Suite 1300<br>Chicago, IL 60606<br>(312) 201-6400<br>(312) 201-6401 (Fax)<br>mjmeyer@tribler.com<br>smoskowitz@tribler.com<br>*Attorneys for II In One Contractors/II In One*<br>*Rebar Joint Venture; II In One Contractors,*<br>*Inc.; and II In One Rebar, Inc.* |
| By: _____ | By: _____ |
| Jennifer A. Nielsen<br>Lyman & Nielsen, LLC<br>1301 W. 22nd Street, Suite 914<br>Oak Brook, IL 60523<br>(630) 575-0020<br>(630) 575-0999 (Fax)<br>jnielsen@lymannielsen.com<br>*Perkins + Will, Inc. f/k/a Perkins & Will, Inc.* | Laurie Randolph<br>Hinshaw & Culbertson<br>222 N. LaSalle Street, Suite 557<br>Chicago, IL 60601<br>(312) 704-3212<br>(312) 704-3001 (Fax)<br>lrandolph@hinshawlaw.com<br>*Attorneys for C.E. Anderson, P.C.* |
| By: _____ | By: _____ |
| Paul Brocksmith<br>Brocksmith & Brocksmith<br>40 Skokie Boulevard, Suite 400<br>Northbrook, Illinois 60062<br>Phone: (847) 559-1752<br>Fax: (847) 559-9197<br>paul@brocklaw.com<br>*Attorneys for Ambassador Steel Corporation* | Eric L. Singer<br>Ice Miller LLP<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532<br>(630) 955-0555<br>(630) 955-0662 (Fax)<br>eric.singer@icemiller.com<br>*Attorneys for WPM Construction, LLC* |

AGREED AND STIPULATED:

| | |
|---|---|
| By:_____<br><br>Anne L. Blume<br>Meckler Bulger Tilson Marick & Pearson, LLP<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>(312) 474-7900<br>(312) 474-7898 (Fax)<br>anne.blume@mbtlaw.com<br>*Attorneys for Brininstool + Lynch, Ltd.*<br>*f/k/a B+L Management Services, Ltd.* | By:_____<br><br>Michael J. Meyer<br>Shomshon Moskowitz<br>Tribler Orpett & Meyer, P.C.<br>225 W. Washington St., Suite 1300<br>Chicago, IL 60606<br>(312) 201-6400<br>(312) 201-6401 (Fax)<br>mjmeyer@tribler.com<br>smoskowitz@tribler.com<br>*Attorneys for II In One Contractors/II In One Rebar Joint Venture; II In One Contractors, Inc.; and II In One Rebar, Inc.* |
| By: /s/ *[signature]*<br><br>Jennifer A. Nielsen<br>Lyman & Nielsen, LLC<br>1301 W. 22nd Street, Suite 914<br>Oak Brook, IL 60523<br>(630) 575-0020<br>(630) 575-0999 (Fax)<br>jnielsen@lymannielsen.com<br>*Perkins + Will, Inc. f/k/a Perkins & Will, Inc.* | By:_____<br><br>Laurie Randolph<br>Hinshaw & Culbertson<br>222 N. LaSalle Street, Suite 557<br>Chicago, IL 60601<br>(312) 704-3212<br>(312) 704-3001 (Fax)<br>lrandolph@hinshawlaw.com<br>*Attorneys for C.E. Anderson, P.C.* |
| By:_____<br><br>Paul Brocksmith<br>Brocksmith & Brocksmith<br>40 Skokie Boulevard, Suite 400<br>Northbrook, Illinois 60062<br>Phone: (847) 559-1752<br>Fax: (847) 559-9197<br>paul@brocklaw.com<br>*Attorneys for Ambassador Steel Corporation* | By:_____<br><br>Eric L. Singer<br>Ice Miller LLP<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532<br>(630) 955-0555<br>(630) 955-0662 (Fax)<br>eric.singer@icemiller.com<br>*Attorneys for WPM Construction, LLC* |

AGREED AND STIPULATED:

| | |
|---|---|
| By:_____<br><br>Anne L. Blume<br>Meckler Bulger Tilson Marick & Pearson, LLP<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>(312) 474-7900<br>(312) 474-7898 (Fax)<br>anne.blume@mbtlaw.com<br>*Attorneys for Brininstool + Lynch, Ltd. f/k/a B+L Management Services, Ltd.* | By:_____<br><br>Michael J. Meyer<br>Shomshon Moskowitz<br>Tribler Orpett & Meyer, P.C.<br>225 W. Washington St., Suite 1300<br>Chicago, IL 60606<br>(312) 201-6400<br>(312) 201-6401 (Fax)<br>mjmeyer@tribler.com<br>smoskowitz@tribler.com<br>*Attorneys for II In One Contractors/II In One Rebar Joint Venture; II In One Contractors, Inc.; and II In One Rebar, Inc.* |
| By:_____<br><br>Jennifer A. Nielsen<br>Lyman & Nielsen, LLC<br>1301 W. 22nd Street, Suite 914<br>Oak Brook, IL 60523<br>(630) 575-0020<br>(630) 575-0999 (Fax)<br>jnielsen@lymannielsen.com<br>*Perkins + Will, Inc. f/k/a Perkins & Will, Inc.* | By: *[signature]* Laurie Randolph<br><br>Laurie Randolph<br>Hinshaw & Culbertson<br>222 N. LaSalle Street, Suite 557<br>Chicago, IL 60601<br>(312) 704-3212<br>(312) 704-3001 (Fax)<br>lrandolph@hinshawlaw.com<br>*Attorneys for C.E. Anderson, P.C.* |
| By:_____<br><br>Paul Brocksmith<br>Brocksmith & Brocksmith<br>40 Skokie Boulevard, Suite 400<br>Northbrook, Illinois 60062<br>Phone: (847) 559-1752<br>Fax: (847) 559-9197<br>paul@brocklaw.com<br>*Attorneys for Ambassador Steel Corporation* | By:_____<br><br>Eric L. Singer<br>Ice Miller LLP<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532<br>(630) 955-0555<br>(630) 955-0662 (Fax)<br>eric.singer@icemiller.com<br>*Attorneys for WPM Construction, LLC* |